985 A.2d 644

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WILLIAM A. BROWN, DEFENDANT–PETITIONER.

December 3, 2009.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Hill*, 199 *N.J.* 545, 974 *A.2d* 403 (2009). Jurisdiction is not retained.

985 A.2d 644

DARRYL HAMMARY, PLAINTIFF–PETITIONER,
v. DEPARTMENT OF CORRECTIONS,
DEFENDANT–RESPONDENT.

December 11, 2009.

Denied.